IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEAN M. MORRISON,                         ) | **FILED: MAY 01, 2008** |
|                                            ) | **08CV2487    AEE** |
|      Plaintiff,                           ) | **JUDGE NORGLE** |
|                                            ) | **MAGISTRATE JUDGE DENLOW** |
|      vs.                                  ) | Civil Action No. |
|                                            ) | |
| VEGAS VALLEY COLLECTION AGENCY,           ) | |
|                                            ) | |
|      Defendant.                           ) | |

## COMPLAINT

NOW COMES the Plaintiff, SEAN M. MORRISON, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, VEGAS VALLEY COLLECTION AGENCY, and alleging as follows:

### PRELIMINARY STATEMENT

1.   This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

### JURISDICTION AND VENUE

2.   Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

### PARTIES

3.   Plaintiff, Sean M. Morrison, ("Plaintiff"), is an individual who was at all relevant times residing in the City of Chicago, State of Illinois.

4.   At all relevant times herein, Defendant, Vegas Valley Collection Agency, ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. § 1692a(6) in that it held

1

itself out to be a company collecting a debt allegedly owed to Cardiovascular Consultants of Nevada.

5. Defendant is a corporation that has its principal place of business and its offices located in the State of Nevada.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. VEGAS VALLEY COLLECTION AGENCY

6. Prior to January 2008, Plaintiff received phone calls from Defendant attempting to collect a debt allegedly owed to Cardiovascular Consultants of Nevada in the amount of $4,954.38.

7. Plaintiff immediately notified the collection agency that he did not owe the debt; he had never received medical treatment in the state of Nevada; and the information on file did not match his personal information including his date of birth and social security number.

8. In January of 2008, Plaintiff spoke with Defendant regarding the collection of the alleged debt and notified the collector that the debt did not belong to him and it was the result of mistaken identity.

9. On January 21, 2008, Plaintiff contacted the original creditor. A representative of the creditor contacted Defendant to have the collection account removed from Plaintiff's credit file.

10. On March 19, 2008, Plaintiff accessed his credit file and reported was the collection account with Vegas Valley Collection Agency, that .

11. On March 19, 2008, the original creditor drafted correspondence stating that it had mistaken Plaintiff's identity and that it was not seeking to collect the balance of the debt from Plaintiff but from a different Sean Morrison and that Defendant had previously agreed not

to report the debt. However, Defendant refused to discontinue reporting the debt to the credit reporting agencies.

12. In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

    a. Falsely represented the character, amount or legal status of any debt in violation of 15 U.S.C. § 1692e(2)(A); and

    b. Communicated or threatened to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed in violation of 15 U.S.C. § 1692e(8).

13. As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, SEAN M. MORRISON, by and through his attorneys, respectfully prays for judgment as follows:

    a. All actual compensatory damages suffered;

    b. Statutory damages of $1,000.00 for Plaintiff;

    c. Plaintiff's attorneys' fees and costs;

    d. Any other relief deemed appropriate by this Honorable Court.

***\*\*\*PLAINTIFF REQUESTS A TRIAL BY JURY \*\*\****

    Respectfully Submitted,
    **SEAN M. MORRISON**

    By:   s/Larry P. Smith
         Attorney for Plaintiff

Larry P. Smith  
Larry P. Smith & Associates, Ltd.  
205 N. Michigan Ave., 40th Floor  
Chicago, IL 60601  
Ph.      (312) 222-9028  
Fax     (312) 602-3911  
e-mail  lsmith@lpsmithlaw.com