# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |
| Sean Morrison | **FILED: MAY 01, 2008** |
| v. | **08CV2487    AEE** |
| Vegas Valley Collection Agency | **JUDGE NORGLE** |
| | **MAGISTRATE JUDGE DENLOW** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff - Sean Morrison

---

NAME (Type or print)
 Larry P. Smith

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/  Larry P. Smith

FIRM
 Larry P. Smith

STREET ADDRESS
 205 N. Michigan Ave. Suite 4000

CITY/STATE/ZIP
 Chicago, IL 60601

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
|---|---|
| 6217162 | 312-222-9028 |

| | | | | |
|---|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | ✓ | NO | ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | ☐ | NO | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | ✓ | NO | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | ✓ | NO | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐