

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Vegas Valley Collection Agency
(Please print)

STREET ADDRESS: 2670 Chandler Ave C-3

CITY/STATE/ZIP: Las Vegas, NV 89120

PHONE NUMBER: (702) 645-9710

CASE NUMBER: 08-CV-2487

_____   7-29-08
Signature                 Date

FILED

AUG 0 4 2008  PH
Aug 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT