

**VEGAS VALLEY
COLLECTION SERVICE**

Everett McKinley Dirksen
United States Courthouse
219 South Dearborn St
Floor 20
Chicago, Il 60604
Attn: Clerk's Office

FILED

AUG 0 4 2008 PH
Aug 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: Case#08-CV-2487

July 29, 2008

Dear Judge Norgle or Judge Denlow,

My name is Lori Peet. I own Vegas Valley Collection Service. I am filing with you my answer to civil case#08-CV-2487. First I would like to address the amount of the lawsuit. I have contacted the Plaintiffs attorney by telephone on two occasions to correct the amount of the claim. The claim should be for **$80.00** not $4,954.38. I even faxed Mr. Smith a copy of the original bill with a letter May 7, 2008. (Client inv Exhibit A). (Letter to attorney Exhibit B). We received this account from our client Cardio Consultant of Nevada on 9/15/2006. We put the account in and sent out the first letter on 9/15/2006. In our first letter (Exhibit C) it states unless you notify this office within (30) days after receiving this notice that you dispute the validity of the debt or any portion thereof, we will assume the debt is valid. **Mr. Morrison called in 11/02/2006 said he would not release any information to the collector to identify himself** so my collector advised the male caller she would not release any information about the account to him. Your honor you have no idea how many people contact our agency and said this is not their bill. Most people will give us proper identification so we can rule them out as the debtor Mr. Morrison **never did**. My collector left a message on 12/29/2006. The collector called the work number and a women answered wanting to know what this was about. The collector would not give her information but left a message to call. On 01/10/2007 Mr. Morrison returned the call said he lived in Chicago and did not know what we were talking about **again never identified him self**. On 01/21/2008 Mr. Morrison called in said it is not him but still **would not identified him self** and said would not pay. My collector advised him on how to dispute the claim. (Exhibit D Collectors notes and change audit log). Mr. Morrison contact our client on 1/21/2008 and identified him self to her. Carol from Cardio Consultants of Nevada called Mary in our office on 01/21/2008 Mary stated to

3620 N. RANCHO DRIVE • SUITE 110 • LAS VEGAS, NEVADA 89130
PHONE 702.645.9710 • FAX 702.645.8268
www.vegasvalleycollectionservice.com

Carol (Exhibit E Carol notes) Mr. Morrison ret'd our call in Nov 2006 said he is not the patient, we requested proof that he was not the patient and it was never provided. Carol e-mailed Mr. Morrison on 3/19/2008 with this information. After Carol at Cardio called on 01/21/2008 we canceled the account. We reported to all three credit bureaus on 1/31/2008 to remove this from his credit. (Exhibit F acknowledgements from all three bureaus verifying that we did remove this from Mr. Morrison's credit). Your honor we believe if Mr. Morrison had identified him self from the beginning we would of never reported this to his credit bureau. The 30-day notice is sent out just for this reason to protect people who by mistake get identified as the debtor. Mr. Morrison also stated that his credit score went up 80 points. I spoke with the people at Trans Union who said that unless there were other items on his credit report the most an $80.00 debt would raise a score would be six points. We request you look at Mr. Morrisons credit report to identify possible other items reported to make it an 80 point increase on his credit reports **not just one $80.00 debt**. My question to this court is if Mr. Morrison believe this debt was not his why would he not identify him self to my collector after several calls and request for this information? Once we finally had proper identification of Mr. Morrison we moved **quickly and responsible** to have it removed from all three credit bureaus. We consider this an error that once properly identified was taken care of by Vegas Valley Collection Service. The hospital where our client gets their information also had Mr. Morrison as the debtor on the hospital bill. So the mistake was made by both Nevada companies. We believe we are not in violation of FDCPA, 15 U.S.C & 1692 et seq. We are asking the court to please review all the evidence and come to a fair decision. Your honor I have been in business three years and have never had a situation where the debtor would not identify them selves so we can ratify the situation. Thank you in advance for all your help. If you have any questions please contact me at (702) 645-9710.

Sincerely,

*[signature]*

Lori M. Peet
Vegas Valley Collection Service

# COLLECTION ROUTING SLIP

**Exhibit A**

Physician:
- [ ] John B. Bedotto, M.D., F.A.C.C
- [ ] Herbert Cordero, M.D., F.A.C.C.
- [ ] Robert P. Croke, M.D., F.A.C.C.
- [ ] Rahul N. Doshi, M.D., F.A.C.C.
- [ ] Paul V. Heeren, M.D., F.A.C.C.
- [ ] Edward E. Holden, M.D., F.A.C.C.
- [ ] Pamela A. Ivey, M.D.
- [ ] Sunil Kalla, M.D.
- [ ] Dave T. Kim, M.D.
- [ ] Scott J. MacDonald, M.D., F.A.C.C.
- [ ] Arjun V. Gururaj, M.D.
- [ ] Dhiraj Narula, M.D.
- [ ] David L. Navratil, M.D., F.A.C.C.
- [ ] Jeannette Nee M.D., F.A.C.C.
- [ ] Cuong T. Nguyen, M.D.
- [ ] Jay J. Patel, M.D., F.A.C.C.
- [ ] Brian R. Rah, M.D.
- [ ] C. Allen Rhodes, M.D., F.A.C.C.
- [ ] Jerry D. Routh, M.D., F.A.C.C.
- [ ] Michael P. Sawaya, M.D., F.A.C.C.
- [ ] Robert A. Shiroff, M.D., F.A.C.C.
- [ ] Michael Codina, M.D.
- [ ] Eric Sirulnick, M.D.

## THE FOLLOWING ACCOUNT IS RECOMMENDED FOR COLLECTIONS:

Patient Name: **Morrison, Sean** 956    Account: **415032**

Date(s) of Service: **6/12/06** – 6/15/06   Due: **$80.00**

CCN 152
3775

Recommended By: **Carol Pritchard**    Date: **8/31/06**

The following information has been attached:
- [ ] EOB Showing pt Resp. for Each DOS.
- [ ] System Collection Acct. Notes.
- [ ] Copy of Pt. Demographics
- [ ] Copy of P/A, Info/Default ltr. Etc.
- [ ] Patient Ledger
- [ ] Copy of all ins. Carriers card or Hosp. Face Sheet.

**ACTION TO BE TAKEN:**
- [ ] Manager will speak to patient.
- [ ] Write off Balance
- [ ] Send to Collections
- [ ] Discharge Patient & Send to Collections.
- [ ] Manager to Refer Account to Doctor.

Comments: _____

Management/Physician Signature: _____ Date: _____

Submitted to: (Collection Agency) _____ Contact: _____

Completed By: _____ Date: _____

CARDIOVASCULAR CONSULTANTS OF NEVADA

```
                                        ACCT#: 415032
                                        Total Now Due: 80.00

CARDIOVASCULAR CONSULTANTS OF NEVADA
P.O. Box 50270                          PAYMENT ENCLOSED $_____
HENDERSON, NV  89016                    Make Checks Payable to:
                                        CARDIOVASCULAR CONSULTANTS OF NEVADA




        SEAN MORRISON
        123
        LAS VEGAS, NV 89109


------------------------------------------------------------------
    Please tear off here and return the above portion with your PAYMENT

                  CARDIOVASCULAR CONSULTANTS OF NEVADA

                            P.O. Box 50270
                          HENDERSON, NV  89016
                            (702) 731-8224

                        Patient Statement of Account


SEAN MORRISON
Date: 09/01/2006

                                              INS              GUAR
DATE OF
SERVICE    SERVICE PERFORMED       CHARGE    PAID    ADJUST    PAID    BALANCE
========   ======================  =======  =======  ======  =======  =======
06/12/06   ELECTROCARDIOGRAM        80.00     .00      .00     .00     80.00



------------------------------------------------------------------
PATIENT AGING:
Current   30 Days   60 Days   90 Days   120+ Days   Balance
=======   =======   =======   =======   =========   =======
  .00       .00      80.00      .00       .00        80.00

INSURANCE PENDING:     .00

PATIENT: SEAN    MORRISON
INSURED: III
PRIMARY INSURANCE: III
SECONDARY INSURANCE:   III

*************************************** STATEMENT MESSAGE ********************************
***

Your account is 60 days past due.  Please call our office.
```

```
Patient    : MORRISON, SEAN      Date of Birth: 02/07/1979
Address    : 123 LAS VEGAS, NV   89109
Account    : 415032   Medical Record #: 415032   Patient Type: SELF PAY
Home Phone: 702/000-0000x0    Work Phone: 702/000-0000x000
Guar. Name: MORRISON, SEAN - Phone:

C   INSURANCE CARRIER              INSURANCE COMPANY ADDRESS                  PHONE
=   =================              ==========================                 =====


C   INSURED                  DOB        PAT RELATION   INSURED ID    GROUP       FORM
=   ==========               ========   ============   ==========    =====       ====




Emergency Contact:    - Phone:

PROBLEM LIST:
```

**Message Date: 09/01/2006  By: CPRITCHARD**
**No demographic information on patient, Meditech has no updated**

**information as of today. Hospital records show pt does not live in Las**

**Vegas.**

Vegas.

Message Date: 09/01/2006 By: CPRITCHARD
Gave collection paperwork to manager to approve.

Edit Patient Information (Last modified on 08/29/2006 by user: JESCOBAR)

Required fields marked in blue

[Save] [Cancel] [Delete] [Auth] [Copy]

Medical Rec. No.: 415032
Account No.: 415032 [Auto]

Salutation: Ms.
Patient First Name: SEAN
Patient Middle Name:
Patient Last Name: MORRISON
Suffix:
Nickname: SEAN
Date of Birth: 02/07/1979

Patient Street Address: 123
City: LAS VEGAS
State/Province: NV
Zip/Postal Code: 89109
Country: USA

Sex: (•) Male ( ) Female
Home Phone: 702/000-0000x0
Daytime Phone: 702/000-0000x000
Mobile Phone:
Social Sec. Number: 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
Marital Status: Single

Guarantor Info
[✓] Same as Patient
First Name: SEAN
Middle Name:
Last Name: MORRISON
Social Sec. Number: 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

Mailing Note:
Street Address: 123
City: LAS VEGAS
State: NV
Zip/Postal Code: 89109

Registration Doctor: RAS
Patient Type: SELF PAY
E-Mail Address:
Patient Employer: NONE [Change]

Fee Schedule: COMMERCIAL
Drug Formulary: U
Other Patient ID:
Current Referral Source: SELF REFERRED [Change]

Race/Ethnic Group:
Emergency Contact:
Emergency Phone:
Legal Representation:
[Change]

Insurance Coverages
[Add Coverage]
[Edit Coverage]
Unpaid deductible: .00

Account Info
Account Balance: $0.00
Patient Due: $0.00

[2nd Address_Release] [Account Info] [Appointments] [Message]

Exhibit B



**VEGAS VALLEY
COLLECTION SERVICE**

Larry P. Smith & Associates, Ltd.
205 North Michigan Ave, Suite 4000
Chicago, Illinois 60601

May 7, 2008

Dear Mr. Smith,

We are faxing you information from all three credit reporting agencies regarding your client Sean Morrison. All three have stated it is no longer on your clients credit report. Also in your complaint you have the wrong amount it should be $80.00 not $4,954.38. At no time did any employee of VVCS misrepresent any other amount other than the amount due our client. We have also attached a copy of the bill for your review. According to the notes from our client the hospital records show pt does not live in Las Vegas. At no time did your client **provide any written information** that it was not **him** but we still deleted it from his credit report on 1/21/2008. Please review our change audit log. At no time did we receive a letter of dispute **in writing** from your client. At no time did Vegas Valley Collection Service **refuse to delete** this account. Thank you.

Sincerely,

Lori Peet
Vegas Valley Collection Service

3620 N. RANCHO DRIVE • SUITE 110 • LAS VEGAS, NEVADA 89130
PHONE 702.645.9710 • FAX 702.645.8268
www.vegasvalleycollectionservice.com

```
WorkCentre M123
Transmission Report
```

G3 ID               702-645-8268                              Date/Time:05/07/2008;12:33PM
                                                                    Page:1 (Last Page)

Local Name      Vegas Valley
Logo

Document has been sent.
Document Size 8.5X11"SEF



**VEGAS VALLEY
COLLECTION SERVICE**

Larry P. Smith & Associates, Ltd.
205 North Michigan Ave, Suite 4000
Chicago, Illinois 60601

May 7, 2008

Dear Mr. Smith,

We are faxing you information from all three credit reporting agencies regarding your client Sean Morrison. All three have stated it is no longer on your clients credit report. Also in your complaint you have the wrong amount it should be $80.00 not $4,954.38. At no time did any employee of VVCS misrepresent any other amount other than the amount due our client. We have also attached a copy of the bill for your review. According to the notes from our client the hospital records show pt does not live in Las Vegas. At no time did your client provide any written information that it was not him but we still deleted it from his credit report on 1/21/2008. Please review our change audit log. At no time did we receive a letter of dispute in writing from your client. At no time did Vegas Valley Collection Service refuse to delete this account. Thank you.

Sincerely,

Lori Peet
Vegas Valley Collection Service

3620 N. RANCHO DRIVE • SUITE 110 • LAS VEGAS, NEVADA 89130
PHONE 702.645.9710 • FAX 702.645.8268
www.vegasvalleycollectionservice.com

```
Total Pages Scanned:   0    Total Pages Sent   :   6
No. Doc.   Remote Station     Start Time   Duration  Pages  Mode       Contents         Status
 1  2728  13126023911         5- 7:12:31PM  1m23s     6/ 6  ECM                          CP

Note:
RE: Resend          MB: Send to Mailbox       BC: Broadcast      MP: Multi Polling     RV: Remote Service
PG: Polling         RB: Relay Broadcast       RS: Relay Send     BF: Box Fax Forward   CP: Completed
SA: Send Again      EN: Engaged               AS: Auto Send      TM: Terminated
```

P.O Box 98344  
Las Vegas, NV 89193-0344  
Returned Service Requested

Vegas Valley Collection Service  
Licensed Collection Agency  
(702) 645-9710

SEAN MORRISON  
1818 GOLDEN HORIZON DR  
LAS VEGAS, NV 89123

# COLLECTION NOTICE

DATE: 5/19/2008  
Account#: 955-956  
Date of Debt: 6/12/2006  
Owed to: Cardio Consultants of Neva

Principal:$ 0.00  
Interest: $ 0.00  
Client Fees: $ 0.00  
Attorney Fee: $ 0.00  
Court Cost: $ 0.00  
Total Due: $ 0.00

Dear: SEAN MORRISON

This account has been listed with our office for collection.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of the debt or any portion thereof, we will assume the debt is valid.
 If you notify us in writing within thirty (30) days from receiving this notice this office will obtain verification of the debt or obtain a copy of the judgement and mail you a copy of such judgment or verification. If you notify us in writing within thirty (30) days from receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.
For your convenience make your payment on-line by going to www.vegasvalleycollectionservice.com.
Sincerely,

Closed Accts  
-----------------------------------------------------------------------------  
Detach here and return with payment for prompt processing

If you wish to pay by MasterCard or Visa(circle one)  
Fill in the information below  
Account#_____  Expire Date:_____  Number on back of card_____  
Payment Amount:_____  Card Holder Name_____  
Signature of Card Holder_____

Mail to: VVCS  
     P.O. Box 98344  
     Las Vegas,NV 89193-0344  
Account#:_____  
Your name and address:_____  
Total Due:_____

# Debtor Information

**Exhibit D**

Vegas Valley Collection Service

Page1
4/25/2008

## Debtor 956

### Debtor

| | | | |
|---|---|---|---|
| Debtor # | 956 | First Account | 10/31/2006 |
| Debtor Name | MORRISON, SEAN | Last Account | / / |
| Address | 1818 GOLDEN HORIZON DR | Last Work | / / |
| Address | | Mail Return | No |
| Debtor City | LAS VEGAS | Promise Action | |
| St | NV | Promise Amt | 0.00 |
| Zip | 89123 | Promise Date | / / |
| Birthdate | 2/7/1979 | Promise Frequency | 0 |
| Employer | | Promise Val. Date | / / |
| Spouse | | Promises Broken | 0 |
| Bank Acct Number | | Restriction Code | |
| Bank Routing | | Sp Emp Ext | |
| Employment Date | / / | Spouse Emp Phone | / - |
| Debtor Emp. Ext. | | Spouse Employer | |
| Debtor Emp. Phone | 708/389-2400 | Spouse SSN | - - |
| Debtor Occupation | | USER FIELD | |
| Debtor Phone | / - Ext | USER FLD2 | |
| Debtor Reference | 100003775 | Debtor Statement | |
| Debtor SSN | - - | Debtor Type | |
| Driver License | | | |

**Debtor Contact Notes**

01-21-2008 @ 09:28 by JW - lc from sean sd this is not him and sd is not going to pay for this at all i advsd what he needed to do to disput this bill sd will do this and termed call

01-10-2007 @ 13:06 by KSR - pls phn skip this acct...

01-10-2007 @ 13:04 by KSR - sean returned call sd live in chicago; sd don't know what i'm talking about...

01-10-2007 @ 12:31 by KSR - phnd work# 708-389-2400 wop (recpt) wnted to know what when where; aasked if she was wife she sd no; sd would gv mess...

12-29-2006 @ 13:42 by JP - phnd 702-896-0528 sd not in srvc;phnd 708-389-2400 left mess w/recpt

11-29-2006 @ 15:10 by MAS -

11-02-2006 @ 13:28 by RH - DEBTR CALLED FRM NUM OF 708-389-2400

11-02-2006 @ 13:23 by RH - MAN CALLED IN, SD THT NOT ID SELF AND ADV THT WITH OUT THT COULDNT RELEASE INFO, SINCE THE MALE SD THT HE LIVES IN IL, CHICAGO AND I ADV THT

100003775: 09/15/2006 1818 Golden Horizon Dr
LAS VEGAS, NEVADA
THERESA
100003775: 09/15/2006 THERESA
100003775: 09/15/2006
100003775: 09/15/2006 Principal entered/changed
THERESA
100003775: 09/15/2006 Letter generated          1
02
THERESA
100003775: 09/15/2006 3000 NEW A
02

# Debtor Listing

Page4
5/15/2008

Vegas Valley Collection Service

**Debtor   956   MORRISON, SEAN**

SD THT THOUGHT WE ARE TRYING TO SCAN HIM OUTOF $80.00 ADV NT DOING SO
BUT IF NT ABLE TO ID DEBTR THN NT ABLE TO RELEASE INFO DEBTR TERM CALL
100003775: 09/15/2006 1818 Golden Horizon Dr
LAS VEGAS, NEVADA
THERESA
100003775: 09/15/2006 THERESA
100003775: 09/15/2006
100003775: 09/15/2006 Principal entered/changed
THERESA
100003775: 09/15/2006 Letter generated      1
02
THERESA
100003775: 09/15/2006 3000 NEW A
02

**Debtor Remarks**
12/29/2006 OLD PHONE:702/896-0528
11/2/2006 OLD WORK PHONE:702/389-2400
Credit Bureau Reports

References

**Vegas Valley Collection Service**

# Account Change Audit Log

4/25/2008

| Account | Change Date | Field | Changed From | Changed to | Collector |
|---|---|---|---|---|---|
| 955 | 4/25/2008 11:24:30 AM | Interest Rate | 10.25 | 0.00 | 1 |
| 955 | 4/25/2008 11:24:30 AM | Principal Balan | 80.00 | 0.00 | 1 |
| 955 | 4/25/2008 11:24:30 AM | Interest Amount | 11.03 | 0.00 | 1 |
| 955 | 1/21/2008 9:48:51 AM | Next Letter Typ | 6 | | 33 |
| 955 | 1/21/2008 9:48:51 AM | Next Letter Dat | 2/18/2008 | / / | 33 |
| 955 | 1/21/2008 9:48:51 AM | Status | PHOSK | CANCEL | 33 |
| 955 | 1/21/2008 9:48:51 AM | Cancel Date | / / | 1/21/2008 | 33 |
| 955 | 1/21/2008 9:45:05 AM | CC_CODE | | XR | 33 |
| 955 | 1/21/2008 9:45:05 AM | Credit Bureau A | 1 | Z | 33 |
| 955 | 1/16/2008 4:46:09 PM | Collector # | 9 | 26 | 1 |
| 955 | 1/16/2008 1:46:15 PM | Collector # | 27 | 9 | 1 |
| 955 | 1/16/2008 1:13:13 PM | Collector # | 26 | 27 | 1 |
| 955 | 5/21/2007 1:35:27 PM | Collector # | 9 | 26 | 1 |
| 955 | 5/21/2007 12:40:28 PM | Collector # | 26 | 9 | 1 |
| 955 | 1/19/2007 2:34:03 PM | Collector # | 27 | 26 | 4 |
| 955 | 1/10/2007 1:06:48 PM | Priority | 2 | 3 | 27 |
| 955 | 1/10/2007 1:06:48 PM | Status | LMTC | PHOSK | 27 |
| 955 | 1/10/2007 12:32:58 PM | Status | ACTIVE | LMTC | 27 |
| 955 | 12/21/2006 2:40:39 PM | Collector # | 6 | 27 | 1 |
| 955 | 12/20/2006 11:21:38 AM | Next Letter Dat | 12/30/2006 | 12/20/2006 | 1 |
| 955 | 12/20/2006 11:03:33 AM | Collector # | 27 | 6 | 1 |
| 955 | 12/20/2006 10:50:17 AM | Collector # | 6 | 27 | 1 |
| 955 | 12/5/2006 9:55:19 AM | Contact Notes | MEMO UPDATED | MEMO UPDTATED | 9 |
| 955 | 12/5/2006 9:55:19 AM | Priority | 1 | 2 | 9 |
| 955 | 12/5/2006 9:54:59 AM | Contact Notes | MEMO UPDATED | MEMO UPDTATED | 9 |
| 955 | 12/5/2006 9:54:59 AM | Priority | 3 | 1 | 9 |
| 955 | 12/5/2006 9:54:13 AM | Contact Notes | MEMO UPDATED | MEMO UPDTATED | 9 |
| 955 | 12/5/2006 9:54:13 AM | Priority | 1 | 3 | 9 |

645-8268
ATTN: Mary

```
Patient    : MORRISON, SEAN        Date of Birth: 02/07/1979
Address    : 123 LAS VEGAS, NV    89109
Account    : 415032    Medical Record #: 415032    Patient Type: COLLECTION
Home Phone: 702/000-0000x0    Work Phone: 702/000-0000x000
Guar. Name: MORRISON, SEAN - Phone:
```

| C | INSURANCE CARRIER | INSURANCE COMPANY ADDRESS | PHONE |
|---|---|---|---|

| C | INSURED | DOB | PAT RELATION | INSURED ID | GROUP | FORM |
|---|---|---|---|---|---|---|

Emergency Contact:     - Phone:

PROBLEM LIST:

Exhibit E

**Message Date: 03/19/2008  By: CPRITCHARD**
Pt called today, he is in the middle of some business transactions and requested a letter regarding the mistaken identity issue. I wrote a letter stating all the facts listed in the notes below and emailed it to Sean@Morrisonsecurity.com. Copy in today's correspondence.

**Message Date: 01/21/2008  By: CPRITCHARD**
Sean Morrison called from Illinois, stating he is not the patient. This was reported to the Cr Bureaus and his credit rating dropped 80 points. The man who called does own property in Las Vegas, but was never hospitalized here. Called Mary @ V.V. Collection. She said they found an address for the name and LM. Mr Morrison ret'd there call in Nov 06, said he is not the patient, they requested proof that he was not the patient and it was never provided. Coll agency tried to call him back in Jan 07, phone # was disconnected.

**Message Date: 01/21/2008  By: CPRITCHARD**
I called Mary at Veg Valley, she will have this removed from all 3 credit bureaus right away, but it doesn't show up in the credit reports until the end of the month. Called Mr Morrison back to explain this; gv him my name/# to call if further problems

**Message Date: 09/01/2006  By: CPRITCHARD**
No demographic information on patient, Meditech has no updated information as of today. Hospital records show pt does not live in Las

**Lori Peet**

**From:** Kathy.Romigh@equifax.com
**Sent:** Wednesday, May 07, 2008 12:15 PM
**To:** lori@vegasvalleycollectionservice.com
**Subject:** Morrison

Lori, in reference to our telephone conversation, I have reviewed the consumer's file and the data is no longer reflected on this consumer's credit file.

Thank you.

Kathy Romigh
Equifax - U. S. Consumer Data Operations
(770) 740-4118
(770) 740-5298 Fax
kathy.romigh@Equifax.com

This message contains information from Equifax Inc. which may be confidential and privileged. If you are not an intended recipient, please refrain from any disclosure, copying, distribution or use of this information and note that such actions are prohibited. If you have received this transmission in error, please notify by e-mail postmaster@equifax.com.
--

*Exhibit F*

5/7/2008

## Lori Peet

**From:** Lee, Michael W [MLEE@transunion.com]
**Sent:** Friday, April 25, 2008 2:53 PM
**To:** Lori@vegasvalleycollectionservice.com
**Subject:** Vegas Valley

Hi Lori,

I just checked on your file, as well as the consumer's credit file. As I mentioned on the phone earlier, I do not see your account being reported on the consumer's credit file at this time. You stated that you sent in a deletion on 1/31/08. I scanned that particular file, and show that you did send in a deletion request on this account. This was on the file you sent in on 1/31/08.

I hope this information helps.

Thanks,
Mike

Michael Lee
USIT DAS Analyst
**TransUnion**
333 S Anita Dr, Suite 1000
Orange, CA  92868
Tel: 714.940.4336
Fax: 714.940.4309
mlee@transunion.com

***NOTICE*** This e-mail and any attachments contain information, which may be confidential or privileged and exempt from disclosure under applicable law. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you have received this e-mail in error, please immediately: 1) notify us by returning it to the sender and 2) delete this copy from your computer system. Thank you.

4/28/2008

## Lori Peet

**From:** Betty Aguilar [Betty.Aguilar@experian.com] on behalf of Aguilar, Betty [Betty.Aguilar@experian.com]
**Sent:** Thursday, May 22, 2008 11:16 AM
**To:** lori@vegasvalleycollectionservice.com
**Cc:** Aguilar, Betty
**Subject:** DATHJ

Hello Lori,

I received your voice message. Looking at the 1/31/08 activity file account number 956000955 reported status code DA and was processed. On the 4/30/08 activity file received on 4/30/08 this account was reported with a status code 93 (collection) after research found the data was in fact the 4/30/07 data which was transmitted in error by your company and was backed out at your request - backout completed on 5/20/08. The recreation of the 4/30/08 activity file (4/30/08 data - account number 956000955 not found on this file) was received on 5/20/08 and processed on 5/21/08.

I hope this helps...

**Thank you,**
Betty Aguilar
Experian
Data Development
(714) 830-5726
E-mail: betty.aguilar@experian.com


5/22/2008