**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SEAN M. MORRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-2487 |
| | ) | |
| VEGAS VALLEY COLLECTION AGENCY, | ) | Judge Norgle |
| | ) | |
| Defendant. | ) | |

**<u>VOUNTARY MOTION TO DISMISS</u>**

NOW COMES the Plaintiff, SEAN M. MORRISON, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, VEGAS VALLEY COLLECTION AGENCY, with prejudice and without costs to be paid to any party.

    Respectfully Submitted,
    **SEAN M. MORRISON**

    By: _____/s Larry P. Smith_____
          Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911