IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SEAN M. MORRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-2487 |
| | ) | |
| VEGAS VALLEY COLLECTION AGENCY, | ) | Judge Norgle |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To:
Vegas Valley Collection Agency
Attn: Legal Department
2670 Chandler Avenue #C-3
Las Vegas, NV 89120

    PLEASE TAKE NOTICE THAT ON August 19, 2008, I caused to be filed in the United States District Court for the Northern District of Illinois, **Plaintiff's Motion to Dismiss**, a copy of which is attached hereto and herewith served upon you.

                                       By:   s/ Larry P. Smith
                                              Attorney for Plaintiff

| | |
|---|---|
| Name: | Larry P. Smith & Associates, Ltd. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, IL 60601 |
| Telephone: | 312-222-9028 |

## CERTIFICATE OF SERVICE

    I, the undersigned, an attorney, certify that I served this notice by US Mail to the above named party or parties at the above referenced address on August 19, 2008, by 5:00 p.m. from 205 N. Michigan Avenue, Chicago, IL 60601.

                                       By:   s/ Larry P. Smith
                                           Attorney for Plaintiff