## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
## Eastern Division

Sean M Morrison

                            Plaintiff,

v.                                              Case No.: 1:08−cv−02487
                                                Honorable Charles R. Norgle Sr.

Vegas Valley Collection Agency

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Plaintiff's Voluntary Motion to Dismiss [10] is granted. Case dismissed with prejudice and without costs to be paid to any party. Status hearing set for 9/3/2008 is stricken. Civil case terminated. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.